UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
<u>CIVIL MINUTES - GENERAL</u>

CASE NO.:  CV-16-9040-R                                    DATE: MAY 3, 2017

TITLE:     ROBERT MCCARTHY -V.- SAMIR RUSTAM, et al.
================================================================
PRESENT:   <u>HON. MANUEL L. REAL, UNITED STATES DISTRICT JUDGE</u>

<u>Christine Chung</u>                          <u>    N/A    </u>
  Deputy Clerk                             Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:      ATTORNEYS PRESENT FOR DEFENDANT:

     Not present                              Not present


PROCEEDINGS: ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF
             PROSECUTION

       Plaintiff(s) is ordered to show cause in writing no later than **MAY 10, 2017** why this action should not be dismissed for lack of prosecution as to defendants Newman Rustam and Toluca Garden Chinese Restaurant LLC.

       The Court will consider the filing of the following, as an appropriate response to this OSC, on or before the above date:

       **- Plaintiff's request for entry of default** as to DEFENDANTS Newman Rustam and Toluca Garden Chinese Restaurant LLC.  In the event both documents are filed before the above date, the answer will take precedence.

       **- Answer** by the defendant(s) or responsive pleading

       In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, no oral argument on this Order to Show Cause will be heard unless ordered by the Court.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Court's Order will result in the dismissal of the action.



**MINUTES FORM II**                                  Initials of Deputy Clerk __CCH__
**CIVIL - GEN**