UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

CASE NO.: CV 16-09040-R                                    DATE: June 23, 2017

TITLE:  Robert McCarthy v. Samir Rustam et al
================================================================
PRESENT:    HON. MANUEL L. REAL, UNITED STATES DISTRICT JUDGE

   Ingrid Valdes                              N/A
   Deputy Clerk                           Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANT:

   Not present                               Not present

PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR
             LACK OF PROSECUTION

   Plaintiff(s) is ordered to show cause in writing no later than July 7, 2017 why this action should not be dismissed for lack of prosecution.

   The Court will consider the filing of the following, as an appropriate response to this OSC, on or before the above date:

   **- Plaintiff's filing of a noticed motion for entry of default judgment as to Toluca Garden Chinese Restaurant LLC**

   In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, no oral argument on this Order to Show Cause will be heard unless ordered by the Court.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Court's Order may result in the dismissal of the action.

MINUTES FORM II                                    Initials of Deputy Clerk  CCH
CIVIL - GEN